# DENIED
## BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO PACLEB, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> vs. <br><br> DIVERSIFIED CONSULTANTS, INC. and DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM, <br><br> Defendant(s) | Case No.: 15-cv-03761-DSF-E <br><br> **ORDER** |

IT IS HEREBY ORDERED that the Parties' Stipulation Extending Date by Which Plaintiff Must File a Motion for Class Certification is granted. Plaintiff's date to file Plaintiff's Motion for Class Certification is to December 7, 2015.

Dated this  day of June, 2015

# DENIED
## BY ORDER OF THE COURT
The Honorable Judge Dale S. Fischer